UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
May 1, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) v. ) ) KEWAL SINGH, ) ) Defendant. ) | CASE NUMBER: 2:12-mj-00108 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kewal Singh</u>; Case <u>2:12-mj-00108 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _X_    Release on Personal Recognizance

    _ _    Bail Posted in the Sum of _____

    _ _    Unsecured Appearance Bond in the amount of $

    _ _    Appearance Bond with 10% Deposit

    _ _    Appearance Bond secured by Real Property

    _ _    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>5/1/2012</u> at 2:50 pm

By _____
Kendall J. Newman
United States Magistrate Judge