| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | JARED C. DOLAN |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-180 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| KEWAL SINGH, | DATE: January 29, 2015 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status and possible change of plea on January 29, 2015.

2. By this stipulation, defendant now moves to continue the status conference until February 12, 2015, and to exclude time between January 29, 2015, and February 12, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have reached a plea agreement. However, defense counsel has unexpectedly become unavailable on the date currently set due to a personal matter. Accordingly, the defense requests that this matter be continued to February 12, 2015 for change of plea and that time be excluded until that date for continuity of counsel.

      b)       The government does not object to the continuance.

      c)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 29, 2015 to February 12, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 26, 2015                 BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ JARED C. DOLAN
                                           JARED C. DOLAN
                                           Assistant United States Attorney

Dated: January 26, 2015                 /s/ Chris Cosca
                                           CHRIS COSCA
                                           Counsel for Defendant
                                           KEWAL SINGH

IT IS SO ORDERED.

Dated: January 26, 2015

                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT